UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Grand Jury Original |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | VIOLATIONS: |
| KELVIN POWELL, | : | |
| | : | Sexual Abuse of a Ward |
| Defendant. | : | 18 U.S.C. § 2243(b) |
| | : | (Counts 1 through 4) |
| | : | |
| | : | Abusive Sexual Contact |
| | : | 18 U.S.C. § 2244(a)(4) |
| | : | (Counts 5 through 8) |

**INDICTMENT**

The Grand Jury charges that:

**General Allegations**

At all times material to this Indictment, except as otherwise provided:

1. The Department of Youth Rehabilitation Services (DYRS) was a local government agency in the District of Columbia responsible for the supervision, custody, and care of young people detained while pending charges for a delinquent act.

2. The Youth Services Center (YSC) was a DYRS-run detention center responsible for the care and custody of male and female youth. The center is located at 1000 Mount Olivet Road, N.E., Washington, D.C.

3. Youth Development Representatives (YDRs) were DYRS staff responsible for the supervision, custody, and care of youth detained at YSC.

4. In addition to its local law enforcement obligations, YSC detained individuals at

1

the direction of and pursuant to a contract and agreement between the United States Marshals Service and DYRS.

5.DEFENDANT KELVIN POWELL was a sixty-year-old male employed as a YDR at YSC.

6.Person A was a seventeen-year-old female detained and residing at YSC under the custody and supervision of DYRS.

## COUNT ONE
### (Sexual Abuse of a Ward)

7.Paragraphs 1 through 6 are incorporated herein.

8.On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in a sexual act with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL's penis penetrated Person A's vulva, however slightly.

(In violation of Title 18, United States Code, Section 2243(b)).

## COUNT TWO
### (Sexual Abuse of a Ward)

9.Paragraphs 1 through 6 are incorporated herein.

10.On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in a sexual act with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL made contact between his mouth and Person A's anus.

(In violation of Title 18, United States Code, Section 2243(b)).

### COUNT THREE
(Sexual Abuse of a Ward)

11. Paragraphs 1 through 6 are incorporated herein.

12. On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in a sexual act with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL made contact between his mouth and Person A's vulva.

(In violation of Title 18, United States Code, Section 2243(b)).

### COUNT FOUR
(Sexual Abuse of a Ward)

13. Paragraphs 1 through 6 are incorporated herein.

14. On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in a sexual act with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL made contact between his penis and Person A's mouth.

(In violation of Title 18, United States Code, Section 2243(b)).

## COUNT FIVE
### (Abusive Sexual Contact)

15. Paragraphs 1 through 6 are incorporated herein.

16. On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in and caused sexual contact with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL intentionally touched Person A's body with his genitalia with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(In violation of Title 18, United States Code, Section 2244(a)(4)).

## COUNT SIX
### (Abusive Sexual Contact)

17. Paragraphs 1 through 6 are incorporated herein.

18. On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in and caused sexual contact with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL intentionally touched Person A's genitalia with his hand with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(In violation of Title 18, United States Code, Section 2244(a)(4)).

## COUNT SEVEN
### (Abusive Sexual Contact)

19. Paragraphs 1 through 6 are incorporated herein.

20. On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in and caused sexual contact with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL intentionally touched Person A's breast with his hand with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(In violation of Title 18, United States Code, Section 2244(a)(4)).

## COUNT EIGHT
### (Abusive Sexual Contact)

21. Paragraphs 1 through 6 are incorporated herein.

22.     On or about December 2021 through February 2022, in the District of Columbia, the defendant,

**KELVIN POWELL,**

while in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, knowingly engaged in and caused sexual contact with Person A while Person A was in official detention and under POWELL's custodial, supervisory, and disciplinary authority; specifically, POWELL intentionally touched Person A's buttocks with his hand with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(In violation of Title 18, United States Code, Section 2244(a)(4)).

A TRUE BILL:

FOREPERSON

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA