AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-cr-00058 |
|  | ) Assigned To : Nichols, Carl J. |
| KELVIN POWELL, | ) Assign. Date : 2/23/2023 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KELVIN POWELL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 2243(b) (Sexual Abuse of a Ward); 18 U.S.C. § 2244(a)(4) (Abusive Sexual Contact)

Date:  02/23/2023

*Issuing officer's signature*

City and state:  Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/23/2023, and the person was arrested on *(date)* 02/24/2023
at *(city and state)* Temple Hills, MD.

Date: 02/24/2023

*Arresting officer's signature*

SA Christopher Keefe - FBI
*Printed name and title*